IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY FRANCIS RIPP,

    Plaintiff,

v.

AMY SMITH, ISMAEL OZANNE,
MARC CLEMENTS, ALICE ROGERS,
AMY MILLNARD, DAVID LIPINSKI,
WELCOME ROSE, TOM GOZINSKE,
and ROBYN BRADLEY,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-259-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered:

(1) dismissing plaintiff's claims against defendants Amy Smith, Ismael Ozanne, Marc Clements, Alice Rogers, Amy Millnard, David Lipinski, Welcome Rose and Tom Gozinske with prejudice for plaintiff's failure to state a claim upon which relief may be granted; and

(2) granting summary judgment in favor of defendant Robyn Bradley and dismissing this case.

_____      7/12/11
Peter Oppeneer, Clerk of Court          Date